# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARTIN VELEZ RIOS, *et al.*,

    **Plaintiffs**,

    v.

MONSANTO COMPANY, *et al.*,

    **Defendants**.

CIVIL NO. 20-1198 (JAG)

## ORDER

By **October 30, 2020**, the Parties shall file a JOINT Initial Scheduling Memorandum—not to exceed thirty (30) pages—addressing the following:

1. Each party's theory of the case and the applicable law.
2. Any jurisdictional issues.
3. Whether each party consents to proceed before a Magistrate Judge, pursuant to 28 U.S.C. § 636.
4. A proposed schedule with suggested deadlines for **(i)** Rule 26 disclosures; **(ii)** amendments to pleadings and to add parties; **(iii)** conclusion of discovery; and **(iv)** filing of dispositive motions.
5. Inform of any and all related cases filed in federal and/or state court, even if involving different parties and/or counsel. This shall include the caption and number of the case(s).
6. Any other matters deemed important to the case.

The Court will approve and/or modify the proposed discovery timetable, rendering those deadlines final and binding upon all parties. Additional changes may not be unilaterally made by counsel, but rather must be approved by the Court upon a finding of good cause and, preferably, as the result of a joint request.

The Court trusts that, in proposing these deadlines, the parties will aim "to secure the just, speedy, and inexpensive determination of [the] action." Fed. R. Civ. P. 1. On this point, the Court reminds the parties that a mutually beneficial settlement would be the optimal means of resolving this dispute.

In addition, **the Court hereby sets the following deadlines in anticipation of the requested civil jury trial:**

1. Joint Proposed Pretrial Order due by June 6, 2022;

CIVIL NO. 20-1198(JAG) 2

2. Pretrial/Settlement Conference set for June 13, 2022 at 3:00 PM;

3. Jury Trial is scheduled for June 27, 2022 at 10:00 AM.

The directives and deadlines set forth in this Order are intended to ensure the effective litigation of this case. These are of strict compliance; neither the filing of a dispositive motion nor settlement discussions will suspend the directives in this Order. Additionally, discovery impasses may only be brought to the Court's attention upon a showing of compliance with Local Rule 26(b).

**Failure to fully comply with the directives and deadlines set forth in this Order shall result in the imposition sanctions.**

IT IS SO ORDERED.

In San Juan, Puerto Rico on October 14, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge