IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARTÍN VÉLEZ RÍOS; JUAN RIVERA PAGÁN; LUZ M. RODRÍGUEZ SÁNCHEZ; CARLOS M. PLAZA GONZÁLEZ; JOSÉ JIMENEZ YORDÁN; RAFAEL SHULZE; JORGE CABALLERO JIMENEZ; CECILIO REYES GARCED; EROINA SANTIAGO; LUIS ANTONIO COLÓN; MISAEL BATISTA HERNÁNDEZ; JOSÉ JUAN MEDINA OLIVERA; ALMA M. ALVELO; GABRIEL OCACIO ACEVEDO; NEIVIDA TORRES MELÉNDEZ; MIGUEL ESTRADA GONZÁLEZ; EFRAÍN ORTIZ POMALES; RAMÓN BERRIOS RIVERA, for himself and in representation of THE ESTATE OF RAMÓN BERRÍOS; RAMÓN GALARZA ECHEVARÍA for himself and in representation of THE ESTATE OF RAMÓN ANTONIO GALARZA GONZÁLEZ; and, GABRIEL RODRÍGUEZ for himself and in representation of THE ESTATE OF ANA LYDIA ACEVEDO DEL RÍO,<br><br>      Plaintiffs,<br><br>      v.<br><br>MONSANTO COMPANY, "JOHN DOE 1" to "JOHN DOE 50"; and, "JOHN DOE 51" to "JOHN DOE 100"<br><br>      Defendants. | CIVIL NO.: 3:20-cv-01198-JAG<br><br>RE:<br><br>PRODUCT LIABILITY, TORT, NEGLIGENCE |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT INITIAL SCHEDULING MEMORANDUM**

TO THE HONORABLE COURT:

    COME NOW Plaintiffs and Defendant, Monsanto Company ("Defendant"), collectively (the "Parties"), without waiving any rights or defenses, through their undersigned attorneys and very respectfully STATE and PRAY as follows:

1.      On October 14, 2020, the Court issued an order, among other things, instructing the Parties to file the Joint Initial Scheduling Memorandum by October 30, 2020. **ECF No. 16.**

2.      The Parties' legal representatives have initiated conversations regarding their stance on case management, discovery, motion practice and how the trial should be structured in this action given the nature of the allegations, claims and the corresponding complexities.

3.      The Parties agreed to exchange proposals on such case structuring and try to resolve any differences without the Court's intervention or at least limit the issues that need to be raised for judicial resolution.

4.      Accordingly, the Parties respectfully request additional time to complete this process and file the document ordered by the Court. The Parties move the Court for a 14-day extension of the deadline to file the Joint Initial Scheduling Memorandum; that is, up to November 13, 2020.

5.      This extension is requested pursuant to LOCAL CIVIL RULE 6 and 16 (j)(1).

6.      The Parties reserve all rights, including, but not limited to their respective positions on how case management should be structured in this action.

**WHEREFORE**, the Parties respectfully request the Court grants an extension of 14 days, until November 13, 2020, to file the Joint Initial Scheduling Memorandum.

**WE HEREBY CERTIFY** that on this same date we electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of October of 2020.

*s/ Jorge Carazo-Quetglas*
Jorge Carazo-Quetglas
USDC-PR Bar No. 201305
jorge@jctuayudalegal.com

**CARAZO QUETGLAS LAW OFFICES**
BMB 133
Ave. Esmeralda #53, Ste, 2
GUAYNABO, PR 00969-4461
Tel. (787) 707-0588
Fax (787) 707-0595

*Attorneys for the Plaintiffs*

*/s/ Elaine M. Maldonado-Matías*
Elaine M. Maldonado-Matías
USDC-PR Bar No. 217309
emaldonado@smclawpr.com

*s/Albéniz Couret Fuentes*
Albéniz Couret Fuentes
USDC-PR Bar No. 222207
acouret@smclawpr.com

**SEPULVADO, MALDONADO & COURET**
304 Ponce de León – Suite 990
San Juan, Puerto Rico 00918
Tel: (787) 765-5656
Fax: (787) 294-0073

*Attorneys for Monsanto Company*